The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Jonta Ramsey
   v. Commonwealth of Virgnia
   Record No. 1960-14-1
   Opinion rendered by Judge O'Brien on
   December 8, 2015

2. Jason Merritt Overbey
   v. Commonwealth of Virginia
   Record No. 1470-14-2
   Opinion rendered by Judge Alston on
   December 15, 2015

The following case in which the Court of Appeals issued a published opinion has been disposed of by the Supreme Court:

1. Kevin Lamont Martin
   v. Commonwealth of Virginia
   Record No. 0719-14-1
   Opinion rendered by Judge McCullough
     on April 28, 2015
   Refused (150836)